1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

\*E-FILED:  5/14/2007\*

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  JU HUI HUANG,                         )
                                          ) No. C 07-1282 HRL
13              Plaintiff,                )
                                          )
14        v.                              )
                                          ) **STIPULATION TO DISMISS; AND**
15  ALBERTO GONZALES, Attorney General    ) **[PROPOSED] ORDER**
    of the United States; MICHAEL CHERTOFF,)
16  Secretary of the Department of Homeland)
    Security; EMILIO GONZALEZ, Director of )
17  United States Citizenship and Immigration)
    Services; ROBERT MUELLER, Director of the)
18  Federal Bureau of Investigations; CHRISTINA)
    POULOS, Acting Director of the California)
19  Service Center,                       )
                                          )
20              Defendants.               )
    _____ )
21

22      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24  the adjudication of Plaintiff's adjustment of status applications (Form I-485).

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stipulation to Dismiss
C07-1282 HRL                              1

1 | Dated: May 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

8 | Dated: May ___, 2007

/s/ see fax signature
TRICIA WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-1282 HRL                                2

| | | |
|---|---|---|
| 1 | Dated: May ___, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: May 4, 2007

*/s/ Tricia Wang*
TRICIA WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  May 14, 2007

*/s/ Howard R. Lloyd*
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-1282 HRL

2